IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED B. STILTNER | : | CIVIL ACTION |
| JACQEULINE L. STILTNER | : | |
| | : | |
| v. | : | |
| | : | |
| GREG B. EMMONS | : | NO. 13-3095 |
| HONORABLE GARY B. GILMAN | : | |

O R D E R

AND NOW, this 10 day of June, 2013, upon consideration of plaintiff Fred B. Stiltner's motion to proceed in forma pauperis and the complaint in this matter, IT IS ORDERED that:

1.  Plaintiff Jacqueline L. Stiltner is DISMISSED without prejudice as a party to this action because she has failed to either pay the filing fee and administrative fee, or file a motion to proceed in forma pauperis.

2.  Plaintiff Fred B. Stiltner's motion to proceed in forma pauperis is GRANTED.

3.  The complaint is DISMISSED for the reasons discussed in the Court's Memorandum. The dismissal is with prejudice as to Fred Stiltner's claims and without prejudice as to Jacqueline Stiltner's claims.

4.  The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.

FILED
JUN 10 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk